GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

JASON CROWLEY
Arizona State Bar No. 025427
Email: Jason.Crowley@usdoj.gov
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-21-08060-PCT-DLR (JZB) |
|---|---|
| Plaintiff, | **REDACTED INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 1153, 2241(c) and 2246(2)<br>(CIR – Aggravated Sexual Abuse of a Child Under Age 12)<br>Count 1 |
| Lynn Freeman, | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

On or about September 18, 2020, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, LYNN FREEMAN, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, a child under the age of 12. The sexual act involved intentional touching, not through the clothing, of victim's genitalia with the defendant's hand, with an intent to abuse, humiliate, harass and degrade the victim and arouse and gratify the sexual desire of the defendant.

/ / /

/ / /

In violation of Title 18, United States Code, Sections 1153, 2241(c) and 2246(2).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date:  May 25, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona


s/
JASON CROWLEY
Assistant U.S. Attorney